Raphael S. Kraw (California Bar No. 83850)
Michael J. Korda (California Bar No.  88572)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
rshannonkraw@kraw.com
mkorda@kraw.com
kmcdonough@kraw.com

Attorneys for Plaintiffs:
*Board of Trustees of the Sign, Pictorial and Display Industry Welfare Fund, and Board of Trustees of the Sign, Pictorial and Display Industry Pension Trust Fund; and Sign, Pictorial and Display Industry Welfare Fund, and Sign, Pictorial and Display Industry Pension Trust Fund*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND; AND BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION TRUST FUND,<br><br>And,<br><br>SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND; AND SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION TRUST FUND,<br><br>              PLAINTIFFS,<br>    v.<br><br>PS TRADE SHOW SERVICES, INC., a Nevada Corporation,<br><br>              And,<br><br>SWITCH ON SOLUTIONS, INC., a Nevada Corporation, | CASE NO. 4:22-cv-09137-HSG<br><br>**JUDGMENT AS MODIFIED** |

|     |
| --- |
| And, |
| PETE STEELE and NICOLE STEELE, Individuals, |
| And, |
| PS TRADE SHOW SERVICES INC., a California Corporation, |
| DEFENDANTS. |

Plaintiffs moved the Court for entry of Default Judgment against Defendants PS Tradeshow Services, Inc., a Nevada Corporation, Switch On Solutions, Inc., a Nevada Corporation, Pete Steele, Nicole Steele, and PS Trade Show Services, Inc., a California Corporation.

After having duly considered the Plaintiffs Motion for Default Judgment, the Memorandum of Points and Authorities thereto, the declarations concurrently filed in support thereof, and good cause appearing, the Motion for Default Judgment is hereby **GRANTED IN PART AND DENIED IN PART.** The Court GRANTS the motion as to PS Tradeshow NV, Pete Steele, and PS Tradeshow CA, but DENIES the motion, and does not enter judgment, as to Switch On and Nicole Steele. **IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiffs are awarded the following amounts and Defendants PS Tradeshow Services, Inc., a Nevada Corporation, Pete Steele, and PS Trade Show Services, Inc., a California Corporation shall be jointly and severally liable for such amounts:

1. $ 34,739.98 in delinquent contributions;
2. $ 15,074.07 in liquidated damages;
3. $ 10,168.05 in interest;
4. $ 8,752.50 in audit fees
5. $14,113.24 in attorney's fees
6. $ 1,176.23 in costs

Total: $84,024.07

1  **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of
2  Plaintiffs and against Defendants PS Trade Show Services, Inc., a Nevada Corporation, Pete
3  Steele, and PS Trade Show Services, Inc., a California Corporation, enjoining Defendants to
4  produce its books and records as requested by the Plaintiffs for the period of March 2019 to
5  the present so that Plaintiffs may conduct a review and audit of said records. Defendants shall
6  produce these records within 30 days of the date of entry of Judgment.

7  **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in
8  favor of the Plaintiffs and against Defendant PS Trade Show Services, Inc., a Nevada
9  Corporation, to submit transmittal reports for contributions owed to the Plaintiffs for the
10 February 2023 and March 2023 work months and to pay any contributions owed thereon within
11 30 days of the date of the entry of Judgment.

12 Plaintiffs shall serve a copy of this Judgment upon all Defendants.

17 DATED: 2/1/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge