**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL, AND DISPLAY INDUSTRY WELFARE FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>PS TRADE SHOW SERVICES, INC., a Nevada Corporation, et al.<br><br>Defendants. | CASE NO. 4:22-cv-09137-HSG<br><br>**ORDER (as modified) RE PLAINTIFFS REQUEST TO RETAIN JURISDICTION AND DELAY ENTRY OF FINAL JUDGMENT** |

The Court has reviewed the Plaintiffs' Status Report and Request for this Court to retain jurisdiction in this matter and delay entry of final judgment. Based upon the arguments therein, and good cause appearing, Plaintiffs' Request is GRANTED as follows:

1. The Court retains jurisdiction to enter judgment in favor of Plaintiffs and against Defendants PS Tradeshow Services, a California Corporation, PS Trade Show Services, a Nevada Corporation and Pete Steele for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable

interest thereon, liquidated damages, costs and expenses of collection, audit expenses, and attorneys' fees and costs;

2. The Court orders that upon completion of their audit of the above Defendants records, Plaintiffs may submit a supplemental declaration and motion seeking entry of judgment for all additional contributions, deductions, interest, liquidated damages, audit expenses, and attorneys' fees and costs determined by the audit to be due Plaintiffs; and

3. The Court orders Plaintiffs to file a status report every 45 days from the date of this order regarding the status and expected completion date for the audit. The status report should be no more than two pages. The Court directs Plaintiff to make diligent efforts to complete the audit and seek final judgment concluding this matter in its entirety within 90 days.

Dated:  3/18/2024

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE