1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BOARD OF TRUSTEES OF THE ) CASE NO. 4:22-cv-09137-HSG
SIGN, PICTORIAL, AND DISPLAY )
INDUSTRY WELFARE FUND, et al. ) **FINAL JUDGMENT (as modified)**
)
      Plaintiffs, )
    v. )
)
PS TRADE SHOW SERVICES, INC., a )
Nevada Corporation, et al. )
)
     Defendants. )
)
)
)
)
)
_____ )

Plaintiffs requested the Court for entry of Final Judgment against Defendants PS Tradeshow Services, Inc., a Nevada Corporation, PS Trade Show Services, Inc., a California Corporation, and Pete Steele.

After having duly considered the Plaintiffs request and documents concurrently filed in support thereof, and good cause appearing, the Plaintiffs' request is hereby **GRANTED IN ITS ENTIRETY IN FAVOR OF THE PLAINTIFFS AND AGAINST THE DEFENDANTS. IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiffs are awarded the following amounts and Defendants PS Tradeshow

1

Services, Inc., a Nevada Corporation, PS Trade Show Services, Inc., a California Corporation, and Pete Steele, shall be jointly and severally liable for such amounts:

| | |
|---|---|
| Contributions: | $ 34,739.98 |
| Liquidated Damages: | $ 15,074.07 |
| Interest: | $ 10,168.05 |
| Audit Costs: | $ 8,752.50 |
| Attorney's Fees: | $14,113.24 |
| Costs: | $ 1,176.23 |
| **Total Judgment:** | **$ 84,024.07** |

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendants PS Trade Show Services, Inc., a Nevada Corporation, Pete Steele, and PS Trade Show Services, Inc., a California Corporation, enjoining Defendants to produce its books and records as requested by the Plaintiffs for the period of March 2019 to the present so that Plaintiffs may conduct a review and audit of said records. Defendants shall produce these records within 30 days of the date of entry of Judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiffs and against Defendant PS Trade Show Services, Inc., a Nevada Corporation, to submit transmittal reports for contributions owed to the Plaintiffs for the February 2023 and March 2023 work months and to pay any contributions owed thereon within 30 days of the date of the entry of Judgment.

Plaintiffs shall serve a copy of this Judgment upon all Defendants.

**IT IS SO ORDERED.**

Dated: _____6/18/2024_____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE